Lawrence Byrne
James R. Warnot, Jr.
Lance Croffoot-Suede
Ruth E. Harlow
Brenda D. DiLuigi
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

Attorneys for Barclays Bank PLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BARCLAYS BANK PLC,

                  Plaintiff,

        v.

BEAR STEARNS ASSET MANAGEMENT INC.,
RALPH CIOFFI, MATTHEW TANNIN, BEAR,
STEARNS & CO. INC., and THE BEAR
STEARNS COMPANIES INC.,

                  Defendants.

------------------------------------------------------------x

JUDGE PRESKA

INDEX NO. 07 CV 11400

RULE 7.1 STATEMENT

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the plaintiff, Barclays Bank PLC, discloses that it is a wholly owned subsidiary of Barclays PLC, and that no publicly traded

company owns ten percent (10%) or more of the stock of the plaintiff.

Dated:    December 19, 2007
          New York, New York

                                        _____
                                        Lawrence Byrne
                                        James R. Warnot, Jr.
                                        Lance Croffoot-Suede
                                        Ruth E. Harlow
                                        Brenda D. DiLuigi
                                        LINKLATERS LLP
                                        1345 Avenue of the Americas
                                        New York, New York 10105
                                        (212) 903-9000 (phone)
                                        (212) 903-9100 (fax)

                                        Attorneys for Barclays Bank PLC