United States District Court
Southern District of New York

---

**BARCLAYS BANK PLC** )
) **Index No.: 07 CIV 11400**
)
)
**Plaintiff** ) **AFFIDAVIT OF SERVICE**
v. )
**BEAR STEARNS ASSET MANAGEMENT INC. ET AL.** )
)
**Defendant** )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on DECEMBER 21, 2007 at 3:40 PM at  399 PARK AVENUE, NEW YORK, NY 10022, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN on BEAR STEARNS ASSET MANAGEMENT INC. therein named.

**CORPORATION/BUSINESS:**  by delivering thereat a true copy of each to CHARLES PLATT personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx.  Age: 55    Height: 5'8"
Weight: 180

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Bear Stearns Asset Management Inc.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 1/2/08

Subscribed and sworn to before me, a notary public, on this ___2nd___ day of ___January___, 2008.

_____
Notary Public
My Commission Expires: 9/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC    •    20 Vesey Street, PH, New York, NY 10007    •    (212) 227-9600

**United States District Court**
**Southern District of New York**

---

**BARCLAYS BANK PLC**                                )
                                                     ) **Index No.: 07 CIV 11400**
                                                     )
                                                     )
                              **Plaintiff**          ) **AFFIDAVIT OF SERVICE**
                         v.                          )
**BEAR STEARNS ASSET MANAGEMENT INC. ET AL.**        )
                                                     )
                              **Defendant**          )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on DECEMBER 21, 2007 at 3:40 PM at 399 PARK AVENUE, NEW YORK, NY 10022, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN on BEAR,STEARNS & CO. INC. therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to CHARLES PLATT personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 55    Height: 5'8"
Weight: 180

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Bear, Stearns & Co. Inc.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 1/2/08

Subscribed and sworn to before me, a notary public, on this ___2nd___ day of ___January___, 2008.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court
Southern District of New York

---

BARCLAYS BANK PLC

    ) Index No.: 07 CIV 11400
    )
    )
    Plaintiff    ) AFFIDAVIT OF SERVICE
v.    )
BEAR STEARNS ASSET MANAGEMENT INC. ET AL.    )
    )
    Defendant    )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on DECEMBER 21, 2007 at 3:40 PM at 399 PARK AVENUE, NEW YORK, NY 10022, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN on THE BEAR STEARNS COMPANIES INC. therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to CHARLES PLATT personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 55    Height: 5'8"
Weight: 180

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of The Bear Stearns Companies Inc.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*[signature]*
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 1/2/08

Subscribed and sworn to before me, a notary public, on this ____ 2nd day of January, 2008.
*[signature]*
Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court
Southern District of New York

---

BARCLAYS BANK PLC )
) Index No.: 07 CIV 11400
)
)
                     Plaintiff ) AFFIDAVIT OF SERVICE
                       v. )
BEAR STEARNS ASSET MANAGEMENT INC. ET AL. )
)
                    Defendant )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.    That on DECEMBER 28, 2007 at 1:15 PM at Hughes Hubbard & Reed LLP, ONE BATTERY PARK, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN on RALPH CIOFFI therein named.

By delivering thereat a true copy of each to PATRICIA SMITH personally. Recipient is authorized to accept service of process on behalf of Edward J.M. Little, Esq., counsel for Ralph Cioffi.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Black    Glasses: No    Approx. Age: 50    Height: 6'2"
Weight: 170

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                                                       _Teddy Valcin_
                                                                       Teddy Valcin, Lic. #1103442        1/2/08
                                                                         Target Research LLC         Executed on:

                                                                         20 Vesey Street, PH
                                                                         New York, NY 10007
                                                                         (212) 227-9600

Subscribed and sworn to before me, a notary public, on this _2nd_ day of _January_, 2008.
                                                        My Commission Expires: _8/28/09_
Notary Public
             CHRISTINA O'SULLIVAN
          NOTARY PUBLIC-STATE OF NEW YORK
                No. 01OS6124768
            Qualified in New York County
          Commission Expires March 28, 2009

        Target Research LLC   •   20 Vesey Street, PH, New York, NY 10007   •   (212) 227-9600

| | | |
|---|---|---|
| **COURT** | UNITED STATES DISTRICT COURT | |
| **COUNTY OF** | SOUTHERN DISTRICT OF NEW YORK | |

BARCLAYS BANK PLC

*Index No.* 07 CV 11400

Plaintiff(s)

against

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,

SEE ATTACHED RIDER

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at SUNNYSIDE, NEW YORK

That on 12/21/07 at 3:27 P.M., at 80 BROAD STREET, NEW YORK, NEW YORK (30TH FLOOR) deponent served the within summons, *and complaint on* MATTHEW TANNIN defendant therein named,
SEE ATTACHED RIDER BY SERVING NINA MINARD BEATTIE
BRUNE & RICHARD LLP

**INDIVIDUAL**
1. ☒ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

12/21/07

IRVING BOTWINICK
Notary Public, State of New York
No. 01BO4657147
Qualified in Rockland County
Commission Expires Oct. 31, 2009

DI CONG JIANG

License No. 1220800

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Index No. 07 CV 11400
BARCLAYS BANK PLC

                Plaintiff,
      vs.                                      **RIDER TO**
                                            **AFFIDAVIT OF SERVICE**

BEAR STEARNS ASSET MANAGEMENT INC., ET AL.,

                Defendants,
----------------------------------------------------------X

List Of Documents Served:

- Summons In A Civil Action;
- Complaint with Exhibits A-C;
- Individual Practices Of Judge Loretta A. Preska;
- Individual Practices Of Magistrate Judge Henry Pitman.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BARCLAYS BANK PLC

v.

BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, MATTHEW TANNIN, BEAR, STEARNS & CO. INC. and THE BEAR STEARNS COMPANIES INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 cv 11400

TO: (Name and address of Defendant)

Matthew Tannin
675 W End Ave
Apt 4B
New York, New York 10025

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DEC 19 2007

DATE