UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BARCLAYS BANK PLC,

              Plaintiff,

v.

BEAR STEARNS ASSET MANAGEMENT INC.,
RALPH CIOFFI, MATTHEW TANNIN, BEAR,
STEARNS & CO. INC., and THE BEAR
STEARNS COMPANIES INC.,

              Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

Case No. 07 CV 11400 (LAP)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel to the parties in this action, that Defendants' time to answer, move, or otherwise plead in response to Plaintiff's Complaint is extended to February 29, 2008. In the event that Defendants move to dismiss the Complaint on or before February 29, 2008, Plaintiff's opposition to that motion will be due 60 days after that motion is filed, and Defendants' reply in support of that motion will be due 30 days after Plaintiff's opposition is filed.

Dated: December 28, 2007

_____       _____ KSK
Lawrence Byrne
James R. Warnot, Jr.
Lance Croffoot-Suede
Ruth E. Harlow
Brenda D. DiLuigi
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: 212-903-9000
Fax: 212-903-9100
lance.croffoot-suede@linklaters.com

*Charles C. Platt* /s#s
_____
Charles C. Platt
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: 212-230-8800
Fax: 212-230-8888
charles.platt@wilmerhale.com

*[signature]*
_____
Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Tel: 212-668-1900
Fax: 212-668-0315
nbeattie@bruneandrichard.com
ttrzaskoma@bruneandrichard.com


_____
Edward J. M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel: 212-837-6400
Fax: 212-299-6400
little@hugheshubbard.com


_____
Catherine L. Redlich
Cori Browne
DRISCOLL & REDLICH LLP
521 Fifth Avenue - Suite 3300
New York, NY 10175
Tel: 212-986-4030
Fax: 212-986-4050
credlich@driscollredlich.com
cbrowne@driscollredlich.com

*[handwritten annotation: Nothing herein shall ... any party from complying with ... applicable obligations...]*

SO ORDERED:
*[signature]*
_____
The Hon. Loretta A. Preska
1-9-08

- 2 -

USIDOCS 6497305v1

_____
Charles C. Platt
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: 212-230-8800
Fax: 212-230-8888
charles.platt@wilmerhale.com


_____
Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Tel: 212-668-1900
Fax: 212-668-0315
nbeattie@bruneandrichard.com
ttrzaskoma@bruneandrichard.com

_____
Edward J. M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel: 212-837-6400
Fax: 212-299-6400
little@hugheshubbard.com


_____
Catherine L. Redlich
Cori Browne
DRISCOLL & REDLICH LLP
521 Fifth Avenue - Suite 3300
New York, NY 10175
Tel: 212-986-4030
Fax: 212-986-4050
credlich@driscollredlich.com
cbrowne@driscollredlich.com


SO ORDERED:

_____
The Hon. Loretta A. Preska

USIDOCS 6497305v1

Charles C. Platt
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: 212-230-8800
Fax: 212-230-8888
charles.platt@wilmerhale.com

Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Tel: 212-668-1900
Fax: 212-668-0315
nbeattie@bruneandrichard.com
ttrzaskoma@bruneandrichard.com

Edward J. M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Tel: 212-837-6400
Fax: 212-299-6400
little@hugheshubbard.com

Catherine L. Redlich
Cori Browne
DRISCOLL & REDLICH LLP
521 Fifth Avenue - Suite 3300
New York, NY 10175
Tel: 212-986-4030
Fax: 212-986-4050
credlich@driscollredlich.com
cbrowne@driscollredlich.com

SO ORDERED:

_____
The Hon. Loretta A. Preska

- 2 -

USIDOCS 6497305v1