AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

BARCLAYS BANK P.L.C.

v.

BEAR STEARNS ASSET MANAGEMENT, INC., ET AL.

**APPEARANCE**

Case Number: 07-CV-11400 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Matthew Tannin

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/25/2008 | *(signature)* |
| Date | Signature |
| | Nina M. Beattie  (NB-0399) |
| | Print Name  Bar Number |
| | BRUNE & RICHARD LLP - 80 Broad Street |
| | Address |
| | New York  NY  10004 |
| | City  State  Zip Code |
| | (212) 668-1900  (212) 668-0315 |
| | Phone Number  Fax Number |
| | Email: nbeattie@bruneandrichard.com |