AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

BARCLAYS BANK P.L.C.

v.

BEAR STEARNS ASSET MANAGEMENT, INC., ET AL.

**APPEARANCE**

Case Number: 07-CV-11400 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Matthew Tannin

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/25/2008 | *[signature]* |
| Date | Signature |
| | Theresa Trzaskoma (TT-4175) |
| | Print Name / Bar Number |
| | BRUNE & RICHARD LLP - 80 Broad Street |
| | Address |
| | New York / NY / 10004 |
| | City / State / Zip Code |
| | (212) 668-1900 / (212) 668-0315 |
| | Phone Number / Fax Number |
| | Email: ttrzaskoma@bruneandrichard.com |