USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
BARCLAYS BANK PLC,                  :    07 CV 11400 (LAP)
                                    :
              Plaintiff,            :    **ORDER**
                                    :
       v.                           :
                                    :
BEAR STEARNS ASSET MANAGEMENT, INC, :
                           ET AL:   :
                                    :
              Defendant.            :
                                    :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

    To the extent that any Defendant intends to move to dismiss the Complaint, that Defendant shall so inform Plaintiff by letter no later than February 14 of all perceived deficiencies in the Complaint. Within one week of the date of any such letter, Plaintiff shall inform the relevant Defendant whether it wishes to stand on the Complaint as it now appears, without any further opportunity to amend, or to amend the Complaint, with no opportunity for amendment thereafter.

SO ORDERED:

Dated:   New York, New York
         February 6, 2008

                                        *Loretta A. Preska*
                                  LORETTA A. PRESKA, U.S.D.J.