Lawrence Byrne
James R. Warnot, Jr.
Lance Croffoot-Suede
Ruth E. Harlow
Brenda D. DiLuigi
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

Attorneys for Plaintiff, Barclays Bank PLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BARCLAYS BANK PLC,

                Plaintiff,

     v.

BEAR STEARNS ASSET MANAGEMENT INC.,
RALPH CIOFFI, MATTHEW TANNIN, BEAR,
STEARNS & CO. INC., and THE BEAR
STEARNS COMPANIES INC.,

                Defendants.

Case No. 07-CV-11400 LAP

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brenda D. DiLuigi hereby appears in the above-captioned action as counsel on behalf of Plaintiff, Barclays Bank PLC.

Dated:    February 20, 2008
            New York, New York      /s/ Brenda D. DiLuigi

                                                Brenda D. DiLuigi
                                               LINKLATERS LLP
                                               1345 Avenue of the Americas
                                               New York, New York 10105
                                               (212) 903-9000 (phone)
                                               (212) 903-9100 (fax)

                                               Attorneys for Plaintiff, Barclays Bank PLC

**CERTIFICATE OF SERVICE**

I, Brenda D. DiLuigi, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on February 20, 2008, I caused a true copy of the foregoing Notice of Appearance to be served via the Court's ECF system and by First Class mail upon each of the following attorneys:

Charles C. Platt
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
charles.platt@wilmerhale.com

Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
nbeattie@bruneandrichard.com
ttrzaskoma@bruneandrichard.com

Edward J. M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
little@hugheshubbard.com

Catherine L. Redlich
Cori Browne
DRISCOLL & REDLICH LLP
521 Fifth Avenue - Suite 3300
New York, New York 10175
credlich@driscollredlich.com
cbrowne@driscollredlich.com

Dated: February 20, 2008
        New York, New York

                                    /s/ *Brenda D. DiLuigi*
                                    Brenda D. DiLuigi

A09026279