UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

BARCLAYS BANK PLC,

                Plaintiff,

     v.

BEAR STEARNS ASSET MANAGEMENT INC.,
RALPH CIOFFI, MATTHEW TANNIN, BEAR,
STEARNS & CO. INC., and THE BEAR
STEARNS COMPANIES INC.,

                Defendants.
---------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

Case No. 07-CV-11400 LAP

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel to the parties in this action, that Plaintiff's time to serve and file its amended complaint, pursuant to the process outlined by the Court's February 7 Order, runs for 60 days from February 22, 2008, to and including April 22, 2008. Defendants' time to move, answer, or otherwise respond to the December 29, 2007 complaint shall be adjourned, and Defendants shall instead move, answer or otherwise respond to the amended complaint within 60 days of service of the amended complaint. In the event that Defendants move to dismiss the amended complaint, Plaintiff's opposition to that motion will be due 60 days after that motion is filed, and Defendants' reply in support of that motion will be due 30 days after Plaintiff's opposition is filed.

Dated: February 25, 2008

                                                           Lawrence Byrne
                                                           Lance Croffoot-Suede

Ruth E. Harlow
Brenda D. DiLuigi
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100
lance.croffoot-suede@linklaters.com

Attorneys for Plaintiff Barclays Bank PLC

*Robert W. Trenchard / Dcr*

Charles C. Platt
Robert Trenchard
WILMER CUTLER PICKERING HALE
    AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: 212-230-8880
Fax: 212-230-8888
charles.platt@wilmerhale.com

Attorneys for the Bear Stearns Defendants

Nina Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street
New York, New York 10004
Tel: 212-668-1900
Fax: 212-668-0315
nbeattie@bruneandrichard.com

Attorneys for Defendant Matthew Tannin

Edward J.M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: 212-837-6400

[signature]

Edward J.M. Little
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: 212-837-6400
Fax: 212-299-6400
little@hugheshubbard.com

Attorneys for Defendant Ralph Cioffi

*no material extensions of the briefing schedule will be permitted.*

February 27, 2008

SO ORDERED

[signature]
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3

USIDOCS 6569257v1