# WILMERHALE

May 23, 2008

**By Facsimile**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/28/08

Robert W. Trenchard

+1 212 230 8867 (t)
+1 212 230 8888 (f)
robert.trenchard@wilmerhale.com

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re:   **Barclays Bank PLC v. Bear Stearns Asset Management Inc., 07-CV-11400-LAP**

Dear Judge Preska:

We represent the Bear Stearns entities in this case, and we write in response to Barclays' May 22, 2008 Letter to Your Honor.

We have no objection to Barclays' proposal that their Second Amended Complaint should be filed within ten (10) days after the closing of the JPMorgan Chase merger, which is currently expected to be on or before June 2, 2008, so long as the schedule for responding to that Complaint would be the same as the schedule currently in place. That is, defendants would have 60 days to move, answer or otherwise respond to the Second Amended Complaint, and, if we move to dismiss, Barclays would have 60 days to oppose, and we would have 30 days to reply. We have spoken with Barclays and counsel for the individual defendants Ralph Cioffi and Matthew Tannin and they agree to this approach.

*[Handwritten: The above schedule is approved. Consistent with the April 11 order, no further amendments will be permitted following the Second Amended Complaint.]*

Respectfully submitted,

Robert W. Trenchard /bn

Robert W. Trenchard

RT:zy

cc:   Lance Croffoot-Suede, Esq.
      Edward J.M. Little, Esq.
      Nina M. Beattie, Esq.

SO ORDERED

*[signature]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*[Handwritten: May 27, 2008]*

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing    Berlin    Boston    Brussels    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington