COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BARCLAYS BANK PLC,

                Plaintiff,

       v.

BEAR STEARNS ASSET MANAGEMENT INC.,
RALPH CIOFFI, MATTHEW TANNIN, BEAR,
STEARNS & CO. INC., and THE BEAR
STEARNS COMPANIES INC.,

                Defendants.

------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

07 Civ. 11400 (LAP)

## STIPULATION

WHEREAS, on June 18 and 19, 2008, the government brought civil and criminal charges against Ralph Cioffi and Matthew Tannin, two individual defendants in this civil action; and

WHEREAS, Barclays contends that these charges and the information on which they rely are relevant to this proceeding; and

WHEREAS, the defendants, while disputing the significance of these charges for purposes of the present action, wish to streamline the briefing process on their likely upcoming motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, based on these new developments, that Barclays has good cause for amending the Second Amended Complaint and that Barclays shall do so by serving and filing a Third Amended Complaint on July 15, 2008.

Defendants shall then move, answer or otherwise respond to the Third Amended Complaint on September 15, 2008. In the event that Defendants move to dismiss, Plaintiff's

opposition to that motion will be due November 14, 2008. Defendants' reply in support of the motion will be due December 15, 2008.

Dated:    June 26, 2008
              New York, New York

*/s/ Lawrence Byrne*
Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
Brenda D. DiLuigi
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

Attorneys for Plaintiff, Barclays Bank PLC

---

Charles C. Platt
Robert Trenchard
Anne Small
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Attorneys for Bear Stearns Asset Management Inc.; Bear, Stearns & Co. Inc.; and The Bear Stearns Companies Inc.

opposition to that motion will be due November 14, 2008. Defendants' reply in support of the motion will be due December 15, 2008.

Dated:    June 26, 2008
          New York, New York

    Lawrence Byrne
    Lance Croffoot-Suede
    Ruth E. Harlow
    Brenda D. DiLuigi
    LINKLATERS LLP
    1345 Avenue of the Americas
    New York, New York 10105
    Tel: (212) 903-9000
    Fax: (212) 903-9100

    Attorneys for Plaintiff, Barclays Bank PLC

    _____
    Charles C. Platt
    Robert Trenchard
    Anne Small
    WILMER CUTLER PICKERING HALE &
    DORR LLP
    399 Park Avenue
    New York, New York 10022
    Tel: (212) 230-8800
    Fax: (212) 230-8888

    Attorneys for Bear Stearns Asset Management Inc.; Bear, Stearns & Co. Inc.; and The Bear Stearns Companies Inc.

2

                                      */s/ Jason A. Masimore*

Edward J.M. Little
Jason A. Masimore
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6400
Fax: (212) 299-6400

Attorneys for Ralph Cioffi

                                      */s/*

Nina M. Beattie
Theresa Trzaskoma
BRUNE & RICHARD LLP
80 Broad Street, 30th Floor
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

Attorneys for Matthew Tannin

*In addition, pursuant to the Court's orders of April 11 and May 22, no further amendments will be permitted.*

SO ORDERED:

*/s/ Loretta A. Preska*
The Honorable Loretta A. Preska

June 29, 2008

3