## CERTIFICATE OF SERVICE

I, Ruth E. Harlow, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on July 15, 2008, I caused a true copy of the foregoing Third Amended Complaint to be served via First Class mail upon each of the following attorneys:

Charles C. Platt
Robert Trenchard
Anne Small
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022

Nina Beattie
Theresa Trzaskoma,
BRUNE & RICHARD LLP
80 Broad Street, 30th Floor
New York, New York 10004

Edward J. M. Little
Jason A. Masimore
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004

Dated: July 15, 2008
        New York, New York

Ruth E. Harlow