UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BARCLAYS BANK PLC,

                Plaintiff,

       v.                             07 Civ. 11400 (LAP)

BEAR STEARNS ASSET MANAGEMENT INC.,
RALPH CIOFFI, MATTHEW TANNIN, BEAR,
STEARNS & CO. INC., and THE BEAR
STEARNS COMPANIES INC.,

                Defendants.

------------------------------------------------------------x

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Barclays Bank PLC, hereby dismisses this action against all named defendants with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:    February 10, 2009
             New York, New York

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

Attorneys for Plaintiff, Barclays Bank PLC