COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARCLAYS BANK PLC,<br><br>Plaintiff,<br><br>v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, MATTHEW TANNIN, BEAR, STEARNS & CO. INC., and THE BEAR STEARNS COMPANIES INC.,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/11/09<br><br>07 Civ. 11400 (LAP) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Barclays Bank PLC, hereby dismisses this action against all named defendants with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 10, 2009
New York, New York

Lawrence Byrne
Lance Croffoot-Suede
Ruth E. Harlow
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100

Attorneys for Plaintiff, Barclays Bank PLC

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Loretta A. Preska

LORETTA A. PRESKA, U.S.D.J.

February 11, 2009